**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**COLETTE CURTIS,**

    **Plaintiff,**

v.                                                                         **Case No: 8:17-cv-1820-T-35TGW**

**NAVIENT SOLUTIONS, LLC,**

    **Defendant.**

_____/

## ORDER

**THIS CAUSE** comes before the Court upon consideration of Defendant Navient Solutions, LLC's Motion to Compel Arbitration ("Motion") and Defendant Navient Solutions, LLC's Supplemental L.R. 3.01 Notice of Conferral. (Dkts. 21, 22) Defendant seeks an Order of the Court to compel arbitration, stating that the Parties are required to arbitrate pursuant to the arbitration agreement contained in the promissory notes governing Plaintiff's private student loans. (Dkt. 21) Defendant also moves the Court to stay this case pending arbitration. (Id.) Defendant states that Plaintiff "does not oppose the requested relief in Defendant, Navient Solutions, LLC's Motion to Compel Arbitration [D.E. 21]." (Dkt. 22) Thus, the Court construes the Motion as unopposed.

In light of the unopposed Motion, Defendant's Motion to Compel Arbitration (Dkt. 21) is **GRANTED.** The Court hereby **ORDERS** that this proceeding is **STAYED** pending arbitration. The Clerk is directed to **TERMINATE** all motions pending before the Court and **ADMINISTRATIVELY CLOSE** this case. The Parties shall have **fourteen (14) days**

after the completion of arbitration to file a notice or appropriate motion advising the Court how and whether this case should proceed.

      **DONE** and **ORDERED** in Tampa, Florida, this 2nd day of January, 2018.

                                                                                       MARY S. SCRIVEN
                                                                                   UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person